ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Heeter Geotechnical Construction, LLC | ) | ASBCA No.   62401 |
| | ) | |
| Under Contract No.   W912P5-16-C-0007 | ) | |

APPEARANCE FOR THE APPELLANT:        Kenneth S. Kornacki, Esq.
                                                            Assistant General Counsel

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                            Engineer Chief Trial Attorney
                                                        Johanna L. Anderson, Esq.
                                                        Bonnie B. Jagoditz, Esq.
                                                            Engineer Trial Attorneys
                                                            U.S. Army Engineer District, Nashville

ORDER OF DISMISSAL

The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's docket with prejudice.

Dated:  July 15, 2020

_____
JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62401, Appeal of Heeter Geotechnical Construction, LLC, rendered in conformance with the Board's Charter.

Dated:  July 20, 2020

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals